**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**
Case No.: 2:20-CV-14159-ROSENBERG/MAYNARD

DJ LINCOLN ENTERPRISES, INC.,

   Plaintiff,

v.

GOOGLE LLC

   Defendant.

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

     Defendant GOOGLE LLC ("Google") respectfully moves for an unopposed extension of time until July 31, 2020, to file a response to Plaintiffs' Complaint. In support of this unopposed motion, Google states:

1. Plaintiffs filed their Complaint on May 21, 2020.

2. Google was served with the Complaint on May 29, 2020.

3. Absent an extension of time, Google's response to the Complaint is due June 19, 2020.

4. Google requests an extension up to, and including July 31, 2020, to respond to the Complaint. Counsel seeks this extension due to a previously planned vacation as well as commitments in other matters. The requested extension will permit counsel the time needed to adequately analyze the issues presented in the Complaint and determine how to appropriately respond.

5. This is Google's first motion to extend their deadline to respond to the Complaint.

6. This motion is made before the expiration of the periods prescribed by the Federal Rules of Civil Procedure and the Local Rules of Court, is made in good faith, is not sought for the purpose of delay, and will not prejudice any party.

7. Counsel for Plaintiff DJ Lincoln Enterprise, Inc. advised it has no objection to the motion.

## MEMORANDUM OF LAW

Rule 6(b) of the Federal Rules of Civil Procedure provides:

> When by . . . order of court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion . . . with or without motion or notice order the period enlarged if request therefore is made before the expiration of the period originally prescribed or as extended by a previous order . . .

Accordingly, Google respectfully requests this Court exercise its discretion and extend the deadline to respond to the Complaint until July 31, 2020.

**WHEREFORE**, Google respectfully request that the Court enter an Order extending through and including July 31, 2020, Google's deadline to file a response to the Complaint.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)

In accordance with Local Rule 7.1(a)(3), attorneys for Defendant certify that in good faith, before filing this motion, they conferred with counsel for Plaintiff regarding the relief sought herein, and counsel for Plaintiff advised that they do not object to the requested relief.

7272482.1

Dated: June 12, 2020                                  Respectfully submitted,

*/s/ Nathan M. Berman*
Nathan M. Berman
FBN: 0329230
nberman@zuckerman.com
Zuckerman Spaeder LLP
101 E. Kennedy Blvd., Suite 1200
Tampa, Florida 33602
813-221-1010
813-223-7961 (Fax)

*Attorney for Defendant Google LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 12, 2020, I electronically filed the foregoing with the Clerk of Court by using the Court's CM/ECF system thereby serving all registered users in this case.

*/s/Nathan M. Berman*
Nathan M. Berman

7272482.1