UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
Case No.: 2:20-CV-14159-ROSENBERG/MAYNARD

DJ LINCOLN ENTERPRISES, INC.,

   Plaintiff,

v.

GOOGLE LLC

   Defendant.

**MOTION TO APPEAR *PRO HAC VICE* FOR LAUREN GALLO WHITE, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, the undersigned respectfully moves for the admission *pro hac vice* of Lauren Gallo White, Esquire, of the law firm of Wilson Sonsini Goodrich & Rosati, One Market Plaza, Spear Tower, Suite 3300, San Francisco, CA 94105, for purposes of appearance as counsel on behalf of defendant, Google LLC in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Lauren Gallo White to receive electronic filings in this case, and in support thereof states as follows:

1. Lauren Gallo White is not admitted to practice in the Southern District of Florida and is a member in good standing of the State Bar of California (State Bar No. 309075) having been admitted on May 18, 2016, the State Bar of New York (State Bar No. 4995361) having been admitted on March 26, 2012, and the Commonwealth of Massachusetts Bar (State Bar No.6821496) having been admitted on October 10, 2012. She is admitted to practice before the U.S. Court of Appeals for the Second Circuit, U.S. Court of Appeals for the Fifth Circuit, U.S. Court of Appeals

for the Ninth Circuit, U.S. Court of Appeals for the District of Columbia Circuit, and U.S. Court of Appeals for the Federal Circuit; in the U.S. District Court for the Southern District of New York, U.S. District Court for the Eastern District of New York; U.S. District Court for the Northern District of California, and U.S. District Court for the Central District of California.

2. Movant, Nathan M. Berman, of the law firm of Zuckerman Spaeder, 101 East Kennedy Boulevard, Suite 1200, Tampa, FL 33602, 813-221-1010, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system.  Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Lauren Gallo White has made payment of this Court's $200 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

4. Lauren Gallo White, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Lauren Gallo White at email address: lwhite@wsgr.com.

WHEREFORE, Nathan M. Berman moves this Court to enter an Order for Lauren Gallo White, to appear before this Court on behalf of Google LLC for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Lauren Gallo White.

Dated: June 25, 2020						Respectfully submitted,


							*/s/ Nathan M. Berman*
							Nathan M. Berman
							FBN: 0329230
							nberman@zuckerman.com
							Zuckerman Spaeder LLP
							101 E. Kennedy Blvd., Suite 1200
							Tampa, Florida 33602
							813-221-1010
							813-223-7961 (Fax)
							*Attorney for Defendant Google LLC*


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 25, 2020, I electronically filed the foregoing with the Clerk of Court by using the Court's CM/ECF system thereby serving all registered users in this case.

							*/s/Nathan M. Berman*
							Nathan M. Berman

7272228.1

-4-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
Case No.: 2:20-CV-14159-ROSENBERG/MAYNARD

DJ LINCOLN ENTERPRISES, INC.,

   Plaintiff,

v.

GOOGLE LLC

   Defendant.

## **CERTIFICATION OF LAUREN GALLO WHITE**

     Lauren Gallo White, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the State Bar of California (State Bar No. 309075), the State Bar of New York (State Bar No. 4995361), the Commonwealth of Massachusetts Bar (State Bar No.6821496), the U.S. Court of Appeals for the Second Circuit, U.S. Court of Appeals for the Fifth Circuit, U.S. Court of Appeals for the Ninth Circuit, U.S. Court of Appeals for the District of Columbia Circuit, U.S. Court of Appeals for the Federal Circuit; U.S. District Court for the Southern District of New York, U.S. District Court for the Eastern District of New York; U.S. District Court for the Northern District of California, and U.S. District Court for the Central District of California, and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

                                            */s/ Lauren Gallo White*
                                            Lauren Gallo White