**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-14159-CIV-ROSENBERG/MAYNARD**

**DJ LINCOLN ENTERPRISES, INC.,**

    **Plaintiff(s),**

v.

**GOOGLE, LLC,**

    **Defendant(s).**
_____/

**ORDER SETTING DISCOVERY STATUS CONFERENCE**
**and**
**ORDER REQUIRING JOINT DISCOVERY STATUS REPORT**

**THIS CAUSE** comes before this Court upon an Order of Reference. It is hereby,

**ORDERED AND ADJUDGED** that U.S. Magistrate Judge **Shaniek M. Maynard** in the **Fort Pierce Division** will hold a final Discovery Status Conference on **THURSDAY, OCTOBER 29, 2020** at **3:00 PM**. It is a telephonic hearing. The call-in conference number is (888) 684-8852, and the access code is 5312437. It is further,

**ORDERED AND ADJUDGED** that by **MONDAY, OCTOBER 26, 2020** the parties shall file a **Joint Discovery Status Report** that addresses the following:

    a) what discovery has been propounded by each party;

    b) whether the discovery requests have been answered;

    c) the status of depositions, including:

        1. the number of depositions already taken;

        2. the number of remaining depositions and whether they have been scheduled; and

       3. an explanation of any delay in scheduling the remaining depositions;

d) the status of expert disclosures;

e) whether there are any outstanding discovery disputes;

f) whether the parties believe that a discovery status conference is needed and whether it may be canceled; and

g) whether the parties can certify that all discovery will be completed by the discovery deadline.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 20th day of August, 2020.

_____
SHANIEK M. MAYNARD
UNITED STATES MAGISTRATE JUDGE