**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

CASE NO.: 2:20-cv-14159-ROSENBERG-MAYNARD

DJ LINCOLN ENTERPRISES, INC.

   Plaintiff,
 v.

GOOGLE, LLC,

   Defendant.
_____

**DECLARATION OF BRIAN M. WILLEN IN SUPPORT OF**
**GOOGLE LLC'S MOTION TO STAY DISCOVERY**

I, Brian M. Willen, declare as follows:

1. I am an attorney at the law firm of Wilson, Sonsini, Goodrich & Rosati, counsel for Defendant Google LLC ("Google"), and duly admitted *pro hac vice* before this Court. I submit this Declaration in support of Google's Motion to Stay Discovery. I am over the age of 18 and competent to make this Declaration. I make each of the following statements based on my personal knowledge, and I could, if necessary, testify to the truth of each of them.

2. Attached hereto as **Exhibit 1** is a true and correct copy of Plaintiff's Interrogatories and Request for Production of Documents, dated October 26, 2020, and served on Google that same day.

I declare under penalty of perjury under the laws of the State of Florida and the United States that the foregoing is true and correct and that this Declaration is executed the 27th day of October, 2020, in Ann Arbor, Michigan.

                */s/ Brian M. Willen*
                Brian M. Willen