**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
Case No.: 2:20-CV-14159-ROSENBERG/MAYNARD**

DJ LINCOLN ENTERPRISES, INC.,

   Plaintiff,

v.

GOOGLE LLC

   Defendant.

## UNOPPOSED MOTION TO WITHDRAW APPEARANCE OF COUNSEL

Alexander S. Zbrozek, of the law firm of Wilson Sonsini Goodrich & Rosati, P.C., pursuant to Local Rule 11.1(d)(3), hereby moves to withdraw his appearance as counsel for Defendant Google LLC, and in support thereof states as follows:

1. On August 26, 2020, Mr. Zbrozek's Motion to Appear *Pro Hac Vice* was granted and Mr. Zbrozek was permitted to appear as counsel in this matter on Defendant Google LLC's behalf (DE 25).

2. Mr. Zbrozek will be leaving Wilson Sonsini Goodrich & Rosati, P.C. and therefore will no longer be counsel for Google LLC in this matter.

3. Nathan M. Berman of Zuckerman Spaeder LLP, and Brian M. Willen (admitted *pro hac vice*) and Lauren Gallo White (admitted *pro hac vice*) of Wilson Sonsini Goodrich & Rosati, P.C. will continue to represent Defendant Goggle LLC in this matter.

4. Defendant Google LLC has received notice of Mr. Zbrozek's intent to withdraw as counsel and has no objection to this motion.

5. Undersigned counsel has consulted with Steven S. Biss, counsel for Plaintiff DJ Lincoln Enterprises Inc., who advised that Plaintiff has no objection to this motion.

7608332.1

WHEREFORE, Alexander S. Zbrozek respectfully requests that this Court grant him leave to withdraw as counsel for Defendant Google LLC in this matter.

*s/ Nathan M. Berman*
NATHAN M. BERMAN
Florida Bar No.: 0329230
Email: nberman@zuckerman.com
Zuckerman Spaeder LLP
101 E. Kennedy Blvd., Suite 1200
Tampa, Florida 33602
Telephone: (813) 221-1010
Facsimile: (813) 223-7961

BRIAN M. WILLEN (*pro hac vice*)
Email: bwillen@wsgr.com
ALEXANDER S. ZBROZEK (*pro hac vice*)
Email: azbrozek@wsgr.com
WILSON SONSINI GOODRICH & ROSATI, P.C.
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899

LAUREN GALLO WHITE (*pro hac vice*)
Email: lwhite@wsgr.com
WILSON SONSINI GOODRICH & ROSATI, P.C.
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

*Attorneys for Defendant* GOOGLE LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 25, 2021, I electronically filed the foregoing with the Clerk of Court by using the Court's CM/ECF system thereby serving all registered users in this case.

*/s/Nathan M. Berman*
Nathan M. Berman

7608332.1