UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:20-CV-14159-ROSENBERG/MAYNARD

| | |
|---|---|
| DJ LINCOLN ENTERPRISES, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| GOOGLE, LLC | ) |
| | ) |
| Defendant. | ) |
| | ) |

# PLAINTIFF'S RESPONSE TO RULE TO SHOW CAUSE

Plaintiff, DJ Lincoln Enterprises, Inc. ("Lincoln" or "Plaintiff"), by counsel, pursuant to the Court's Rule to Show Cause [*ECF No. 56*], respectfully responds as follows:

1. Lincoln's memorandum in opposition to Google's motion for attorney's fees was due September 29, 2021.

2. Counsel for Lincoln inadvertently calendared the due date for filing Lincoln's response to Google motion as October 4, 2021.

3. On October 5, 2021, Lincoln filed its Memorandum in Opposition to Google's motion.

4. Lincoln simultaneously filed a motion for leave pursuant to Rule 6(b)(1)(B) to file its Memorandum. In its motion for leave, Lincoln explains why the court should extend the deadline and permit Lincoln's late filing.

5. Lincoln's Memorandum in Opposition explains why Google's motion for attorney's fees should not be granted.

WHEREFORE, Lincoln respectfully requests the Court to dismiss the show cause.

DATED: October 5, 2021

DJ LINCOLN ENTERPRISES, INC.

By: /s/ *Steven S. Biss*
Steven S. Biss (VSB # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone: (804) 501-8272
Facsimile: (202) 318-4098
Email: stevenbiss@earthlink.net
(*Admitted Pro Hac Vice*)

Jordan Reid Wagner (Florida Bar No: 14852)
73 SW Flagler Avenue
Stuart, FL 34994
Phone: (772) 286-0023
Service email: jwagner@kibbeylaw.com

*Counsel for the Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2021 a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will send notice of electronic filing to counsel for the Defendant and all interested parties receiving notices via CM/ECF.

By:   */s/ Steven S. Biss*
Steven S. Biss (VSB # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone: (804) 501-8272
Facsimile: (202) 318-4098
Email: stevenbiss@earthlink.net
(*Admitted Pro Hac Vice*)

Jordan Reid Wagner (Florida Bar No: 14852)
73 SW Flagler Avenue
Stuart, FL 34994
Phone: (772) 286-0023
Service email: jwagner@kibbeylaw.com

*Counsel for the Plaintiff*