UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:20-CV-14159-ROSENBERG/MAYNARD

| | |
|---|---|
| DJ LINCOLN ENTERPRISES, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| GOOGLE, LLC | ) |
| | ) |
| Defendant. | ) |
| | ) |

# PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR FEES ON APPEAL

Plaintiff, DJ Lincoln Enterprises, Inc. ("Lincoln" or "Plaintiff"), by counsel, pursuant to Local Civil Rule 7.1(c), respectfully submits this Memorandum in Opposition to Google, LLC's ("Google") motion for attorney's fees on appeal. [*ECF No. 68*].

In response to Google's motion for fees on appeal, Lincoln repeats the arguments it raised in its opposition to Google's motion for fees in the District Court. [*ECF No. 57*]. The rates charged by Google's four (4) appellate lawyers are astronomical and punitive. Google can pay these rates. It has unlimited resources. The only reasonable rate charged on appeal is the rate charged by Mr. Berman. The number of hours devoted by the four (4) Google lawyers to the appeal – an appeal that Google repeatedly calls "meritless" – is incredible and unreasonable under the circumstances. Google claims that it spent a total of 87.5 hours "brief writing". That amounts to 10.94 eight (8) hour work days. That is patently excessive and unreasonable. Google also makes no attempt to allocate and

1

apportion the number of hours spent on those portions of its brief that relate to the Florida RICO and FUDPTA claims.  Instead, Google simply slashes its bloated bill in half and suggests to the Court that that approach is "conservative".  Google's failure to allocate or apportion recoverable from unrecoverable attorney's fees precludes the Court from awarding any fees. *Manufacturing Automation and Software Systems, Inc. v. Hughes*, 833 Fed.Appx. 147, 149 (9th Cir. 2021) ("the district court appropriately exercised its discretion in denying Huysentruyt's motion for attorney's fees based on his failure to apportion fees related to the breach-of-contract claim") (citation omitted); *In re Kincaid*, 445 B.R. 731, 742-743 (N.D. Tex. 2011) (refusal to award fees for failure to allocate); *Fair Hous. Council v. Landow*, 999 F.2d 92, 97-09 (4th Cir. 1993) (overturning attorney's fee award of $20,000 due to failure to allocate); *Ralston Oil and Gas Co. v. Gensco, Inc.*, 706 F.2d 685, 697 (5th Cir. 1983) ("No apportionment or break-down of the fees for the attorney who participated in both parts of this case was provided. No weeding-out of the overlap was provided.  It is therefore necessary that this portion of the case be remanded and that the attorneys' fees awarded for prosecution of the sworn account be distinguished from those applicable to the defense of the Ralston suit.").

## **CONCLUSION AND REQUEST FOR RELIEF**

For the foregoing reasons, Lincoln respectfully requests the Court to deny Google's motion for fees on appeal.

DATED:     April 11, 2022

DJ LINCOLN ENTERPRISES, INC.


By:   */s/ Steven S. Biss*
       Steven S. Biss (VSB # 32972)
       300 West Main Street, Suite 102
       Charlottesville, Virginia 22903
       Telephone: (804) 501-8272
       Facsimile: (202) 318-4098
       Email: stevenbiss@earthlink.net
       (*Admitted Pro Hac Vice*)

       Jordan Reid Wagner (Florida Bar No: 14852)
       73 SW Flagler Avenue
       Stuart, FL 34994
       Phone: (772) 286-0023
       Service email: jwagner@kibbeylaw.com

       *Counsel for the Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2022 a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will send notice of electronic filing to counsel for the Defendant and all interested parties receiving notices via CM/ECF.

By: */s/ Steven S. Biss*
Steven S. Biss (VSB # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone: (804) 501-8272
Facsimile: (202) 318-4098
Email: stevenbiss@earthlink.net
(*Admitted Pro Hac Vice*)

Jordan Reid Wagner (Florida Bar No: 14852)
73 SW Flagler Avenue
Stuart, FL 34994
Phone: (772) 286-0023
Service email: jwagner@kibbeylaw.com

*Counsel for the Plaintiff*