UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:20-CV-14159-ROSENBERG/MAYNARD

DJ LINCOLN ENTERPRISES, INC.      )
                                  )
        Plaintiff,                )
                                  )
v.                                )
                                  )
                                  )
GOOGLE, LLC                       )
                                  )
        Defendant.                )
_____    )

## PLAINTIFF'S NOTICE OF STRIKING DOCKET ENTRY #70

Plaintiff, DJ Lincoln Enterprises, Inc. ("Lincoln" or "Plaintiff"), by and through undersigned counsel, files this Notice of Striking docket entry 70 and in support of states:

1. On April 12, 2022, Plaintiff e-filed his Memorandum in Opposition to Defendant's Motion for Fees on Appeal (docket entry #70). In doing so, there inadvertently was an error in the signature block of the document for Plaintiff's counsel in violation of Section 3J(1) of CM/ECF Admin Procedures and Local Rule 5.1(b).

WHEREFORE, Plaintiff, by and through undersigned counsel, respectfully requests this Court to strike docket entry #70.

DATED:   April 12, 2022

DJ LINCOLN ENTERPRISES, INC.


By:    */s/ Steven S. Biss*
        Steven S. Biss (VSB # 32972)
        300 West Main Street, Suite 102
        Charlottesville, Virginia 22903
        Telephone: (804) 501-8272
        Facsimile: (202) 318-4098
        Email: stevenbiss@earthlink.net
        (*Admitted Pro Hac Vice*)

        */s/ Jordan Reid Wagner*
        Jordan Reid Wagner (Florida Bar No: 14852)
        73 SW Flagler Avenue
        Stuart, FL 34994
        Phone: (772) 444-7000
        Service email: jwagner@kibbeylaw.com

        *Counsel for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2022 a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will send notice of electronic filing to counsel for the Defendant and all interested parties receiving notices via CM/ECF.

By: */s/ Steven S. Biss*
Steven S. Biss (VSB # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone: (804) 501-8272
Facsimile: (202) 318-4098
Email: stevenbiss@earthlink.net
(*Admitted Pro Hac Vice*)

*/s/ Jordan Reid Wagner*
Jordan Reid Wagner (Florida Bar No: 14852)
73 SW Flagler Avenue
Stuart, FL 34994
Phone: (772) 444-7000
Service email: jwagner@kibbeylaw.com

*Counsel for the Plaintiff*